

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2021

No. 04-21-00279-CV

Maryvel **SUDAY,**
Appellant

v.

Ana **SMITH,**
Appellees

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3644CCL
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The reporter's record was due August 9, 2021 but it was not filed. We therefore **order** the official court reporters, Anna Renken Lafrenz and Lisa Blanks, to file the reporter's record of the proceedings had in this case by **September 20, 2021**. If the reporter's record has not been filed because the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the reporter's record and the appellant is not entitled to appeal without paying the fee, the court reporters are ordered to file a Notification of Late Record stating such fact by **September 15, 2021**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court